3

STEVEN S. ALTMAN (SB NO. 638243)
Law Offices of Steven Altman, PC
1127-12th Street, Suite 203
Modesto, CA 95354
Phone:(209) 521-7255
Fax:  (209) 577-8390
email: altman@altmanattorney.com

Attorney for Trustee
Michael D. McGranahan

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto, Division)

In re

IVAN S. CHAVEZ and MARIBEL CHAVEZ

Debtors

Case No: 13-91214
DCNO: SSA-2
Date: March 6, 2014
Time:10:30 A.M.
Place: 1200 I St. Ste 4, 2d Floor
Modesto, CA

Dept: E

Judge: Ronald H. Sargis

### TRUSTEE'S MOTION FOR SALE OF BANKRUPTCY ESTATE'S INTEREST IN PERSONAL PROPERTY; OVERBID PROCEDURES
### [11 U.S.C. SECTION 363(b)(1)]

To: THE HONORABLE RONALD H. SARGIS, U.S. BANKRUPTCY JUDGE:

Trustee, Michael D. McGranahan, respectfully states the following pursuant to 11 U.S.C. Section 363 (b) (1) of the Bankruptcy Code and respectfully represents the following:

1.Debtors filed the subject Chapter 7 bankruptcy case on June 27, 2013. Thereafter, Michael D. McGranahan became the duly appointed Trustee of the subject estate.

2. Among the assets which constitute this estate are real and personal property commonly described as follows:

**MOTION FOR SALE OF REAL AND PERSONAL PROPERTY**

described as follows:

| ITEM | VALUE |
|---|---|
| A. Residence at 4837 Faith Home Rd, Sp. 140, Ceres, CA 95307 (brokers estimated value between $175,000 to $195,000 dollars) | $185,000. |
| B. West America Bank Acct. | $ 2,752.79 |
| C. Citi Bank Acct. | $ 267.69 |
| D. 1995 Nissan | $ 1,410.00 |
| E. 2003 Maxima | $ 2,945.00 |
| **SUBTOTAL:** | **$ 192,375.00..48** |

3. From the gross sum of $192,375 referenced above, the Trustee has analyzed the foregoing assets based upon current liens and/or encumbrances and claims of exemptions estate by the Debtors and arrives at the following figure due the estate:

| | |
|---|---|
| **SUBTOTAL:** | $ 192,375.48 |
| Less Deed of Trust (against residence) | ($138,000) |
| Less exemption-Residence | ($23,575.00) |
| 2003 Maxima car exemption | ($2,945.00) |
| 1995 Nissan car exemption | ($1,410.00) |
| West America Bank exemption | ($3,020.48) |
| Citi Bk | ($213.97) |
| **SUBTOTAL:** | $169,164.45 |
| **NET RESIDUAL EQUITY:** | $23,211.03 |

4. The Trustee has agreed to accept from Debtors, as full and complete satisfaction the sum of $23,300 to purchase the estate's residual interest in the property referenced above "in toto." The sale would be also "**AS IS**" and "**WHERE IS**" and "**WITHOUT WARRANTY.**" The sale would be subject to any liens and/or encumbrances of record and made pursuant to 11 U.S.C. Bankruptcy Code, Section 363(b).

MOTION FOR SALE OF REAL AND PERSONAL PROPERTY            2

## PROCEDURE FOR APPEARING AT HEARING AND OVERBIDS

5. The proposed sales referenced above will be subject to Court approval and also overbids as determined by the Court. The Trustee would request that any overbid be in increments of $250 dollars. As such, the next highest bid if approved by this Court would be **$23, 550.**

6. The Trustee contends, based upon his investigation and circumstances surrounding this case, that it is in the best interests of case administration and for creditors of this estate if the sale be approved.

**WHEREFORE the Trustee prays as follows:**

1. For authorization to sell the subject property interests referenced above under the terms and conditions herein;

2. For authority for the Trustee to execute any further documents necessary or convenient to consummate this transaction;

3. For overbid, if any, in increments of $250 for the property described to be sold "in toto" above.

4. For authority to administer proceeds pursuant to the Trustee's duties on behalf of this estate;

5. Such other relief the court deems just.

Dated: 10 January 2014                    Law Offices of Steven Altman, PC

By: _____
STEVEN S. ALTMAN
Attorney for Trustee
Michael D. McGranahan